UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MELISSA MCGUIRE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TODD W. ALLEN,** )<br>)<br>**Defendant.** )<br>) | Case No. 24-2047-EFM-GEB |

## ORDER

The Court set this matter for a Status Conference to discuss deadlines following the District Judge's Memorandum and Order granting in part and denying in part Defendant Allen's Motion to Dismiss. Plaintiff appeared through counsel, Paeten Denning. Defendant, pro se, appeared via videoconference. After discussion, the Court set deadlines discussed below.

The District Judge's Memorandum and Order was entered on October 24, 2025. Pursuant to Fed. R. Civ. P. 12, a "responsive pleading must be served within 14 days after notice of the court's action."[1] Thus, Defendant's time to answer Plaintiff's Complaint runs on November 7, 2025. During the conference Defendant inquired about the claims remaining in the case and raised concerns he would not be able to answer in a timely manner. After discussion, finding good cause[2] the Court extends Defendants deadline to answer Plaintiff's Complaint up to and including **November 17, 2025**. If Defendant should fail to timely answer, the Court encourages Plaintiff to

---

[1] Fed. R. Civ. P. 12(a)(4)(A); *see also Burris v. Bob Moore Auto Group, LLC*, 517 Fed.Appx. 639, 640 (10th Cir. 2013) (When a complaint has been challenged by a motion to dismiss, Rule 12(a)(4)(A) supplants the filing deadlines in Rule 12(a)(1)(A), tolling the time for an answer until fourteen days after notice that the motion has been denied (or, irrelevant here, after notice that resolution of the motion has been postponed until trial)).
[2] Fed. R. Civ. P. 6(b)(1)(A).

1

review the District Judge's prior Orders as she determines the appropriate action to move her claim forward in accordance with the Fed. R. Civ. P. 55. If necessary, Plaintiff's deadline to move her remaining claim forward is **November 20, 2025**.

After November 20, 2025, the Court will review the docket and determine whether to set another Status Conference to discuss additional deadlines. However, the Court at this time, sets a deadline of **February 13, 2026** for Plaintiff to serve expert disclosures required by Fed. R. Civ. 26(a)(2), including reports from retained expert.

**IT IS SO ORDERED.**

Dated this 6th day of November 2025.

                                                  s/ Gwynne E. Birzer
                                                  GWYNNE E. BIRZER
                                                  U.S. Magistrate Judge